No. 73–375. OTTE, TRUSTEE IN BANKRUPTCY *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari granted.

No. 73–690. AIR POLLUTION VARIANCE BOARD OF COLORADO *v.* WESTERN ALFALFA CORP. Ct. App. Colo. Certiorari granted.

No. 73–781. SCHERK *v.* ALBERTO-CULVER Co. C. A. 7th Cir. Certiorari granted.

No. 73–804. BAKER ET AL., TRUSTEES IN REORGANIZATION *v.* GOLD SEAL LIQUORS, INC. C. A. 7th Cir. Certiorari granted.

No. 73–556. FLORIDA POWER & LIGHT Co. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 641, ET AL.; and

No. 73–795. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 159 U. S. App. D. C. 272, 487 F. 2d 1143.

No. 73–679. WOLFF, WARDEN, ET AL. *v.* McDONNELL. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–841. HOLDER, U. S. DISTRICT JUDGE *v.* BANKS. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.